1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   MAUREEN BESSETTE (NYSBN 2468254)
3  Chief, Criminal Division

4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
   STEPHANIE LEE
6  Law Clerk

7  1301 Clay Street, Suite 340-S
   Oakland, California 94612
8  Telephone: (510) 637-3928
   Facsimile: (510) 637-3724
9  E-Mail: stephanie.lee2@usdoj.gov

10
   Attorneys for Plaintiff
11

**FILED**

JUN 1 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00184 WDB |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 22, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| BRENDA SMITH, ) (a/k/a Brenda Clementin, a/k/a Brenda Marie Ballier), ) | Date: June 12, 2009<br>Time: 10:00 a.m.<br>Court: Hon. Wayne D. Brazil |
| Defendant. ) | |

The above-captioned matter is currently set on June 12, 2009 before this Court for change of plea or motions setting or trial setting. The parties request that this Court continue the hearing to June 22, 2009 at 10:00 a.m. and that the Court continue to exclude time under the Speedy Trial Act between June 12, 2009 and June 22, 2009.

Defendant is charged with misdemeanor theft under 18 U.S.C. § 641 (Theft of Public Money). The parties are continuing to review discovery, including records of payments allegedly made to the defendant. The parties anticipate that a complete review of these documents will be

STIP. AND [PROPOSED] ORDER
TO CONTINUE HEARING TO
JUNE 22, 2009 AND TO EXCLUDE TIME
No. CR-09-00184 WDB

helpful in reaching a pretrial resolution of this matter. Accordingly, the parties need additional time to prepare the case. For those reasons, the parties stipulate and request that the Court continue to exclude time between June 12, 2009 and June 22, 2009 under the Speedy Trial Act for reasonable time necessary for counsel to effectively prepare, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 11, 2009

_____
WADE M. RHYNE
Assistant United States Attorney

_____
DEMETRIUS COSTY
Counsel for Defendant

STIP. AND [PROPOSED] ORDER
TO CONTINUE HEARING TO
JUNE 22, 2009 AND TO EXCLUDE TIME
No. CR-09-00184 WDB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRENDA SMITH,<br>(a/k/a Brenda Clementin, a/k/a Brenda Marie Ballier),<br>Defendant. | No. CR-09-00184 WDB<br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 22, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br>Date: June 12, 2009<br>Time: 10:00 a.m.<br>Court: Hon. Wayne D. Brazil |

The parties jointly requested that the hearing in this matter be continued from June 12, 2009 to June 22, 2009, and that time be excluded under the Speedy Trial Act between June 12, 2009 and June 22, 2009 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),

IT IS HEREBY ORDERED that this matter is set for change of plea or motions setting or trial setting on June 22, 2009 at 10:00 a.m., and that time between June 12, 2009 and June 22, 2009 will continue to be excluded under the Speedy Trial Act to allow for the effective

STIP. AND [PROPOSED] ORDER
TO CONTINUE HEARING TO
JUNE 22, 2009 AND TO EXCLUDE TIME
No. CR-09-00184 WDB

1  preparation of counsel, taking into account the exercise of due diligence.

2  

3  DATED: 6-11-09

   /s/ Wayne D. Brazil
   HON. WAYNE D. BRAZIL
   United States District Judge

28 STIP. AND [PROPOSED] ORDER
   TO CONTINUE HEARING TO
   JUNE 22, 2009 AND TO EXCLUDE TIME
   No. CR-09-00184 WDB